■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBIN ADORNO CORTES, Appellant. — Appeals by defendant from (1) a judgment of the Supreme Court, Kings County (Tomei, J.), rendered March 24, 1982, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence, and (2) by permission, an order of the same court, dated February 18, 1983, which, after a hearing, denied defendant's motion pursuant to CPL 440.10 to vacate the judgment of conviction.

Judgment and order affirmed.

Considering all of the circumstances of this case, defendant has failed to meet his burden of showing that he was deprived of the effective assistance of counsel (*Strickland v Washington,* 466 US __, 104 S Ct 2052; *People v Baldi,* 54 NY2d 137).

We have considered defendant's other claims and find them to be without merit. Titone, J. P., Mangano, Weinstein and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD DEMBROSKY, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Thorp, J.), imposed May 11, 1984.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.